RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NICHOLAS WOLFRAM
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nicholas_Wolfram@fd.org

Attorney for David Robert Savoie

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00082-DJA |
| Plaintiff, | **Stipulation and Proposed Order** |
| v. | |
| DAVID ROBERT SAVOIE, | |
| Defendant. | |

Mr. Savoie was charged by Criminal Complaint on January 30, 2025, with two counts: (1) Operating a Motor Vehicle while Under the Influence of Drugs (a violation of 36 C.F.R. § 4.23(a)(1)) and (2) Speeding (a violation of 36 C.F.R. § 4.23(a)(2)). ECF No. 1.

Mr. Savoie entered a plea agreement on October 1, 2025. ECF No. 11. Pursuant to that plea agreement, this Court adjudicated Mr. Savoie guilty of Count One, dismissed Count Two, and imposed the following sentence:

One-year term of Unsupervised Probation with special conditions:

1.      Pay a $500 fine along with the mandatory $10 penalty assessment;
2.      Attend/ Complete the Lower Court Counseling's DUI Course and Victim Impact Panel;
3.      Attend/ Complete an eight (8) hour online drug awareness course and a four (4) hour anger management course; and
4.      Not return to Lake Mead National Recreation Area for one (1) year.
5.      Not violate any local, state, or federal laws.

ECF No. 10. If Mr. Savoie timely completed these requirements, the parties agreed to allow Mr. Savoie to withdraw his guilty plea to Count One, and the government would move to amend Count One to a charge of Reckless Driving (a violation of 36 C.F.R. § 4.2(b), N.R.S. § 484.653(1). ECF No. 10.

Mr. Savoie has completed the special conditions of his unsupervised probation in accordance with this sentence. The parties accordingly agree that Count One should be amended to Reckless Driving, and that the status conference set for March 27, 2026, at 11:30 AM should be vacated and this case closed.

Dated: March 23, 2026

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

/s/ Nicholas Wolfram
NICHOLAS WOLFRAM
Assistant Federal Public Defender

/s/ Joseph S. Sciscento
JOSEPH S. SCISCENTO
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00082-DJA |
| Plaintiff, | ORDER |
| v. | |
| DAVID ROBERT SAVOIE, | |
| Defendant. | |

The Court finds that Mr. Savoie has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Savoie is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for March 27, 2026 at 11:30 AM is vacated and this case closed.

DATED this 23rd day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3